1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  Thomas E. Stevens (168362)
   Assistant United States Attorney
5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7200
       Fax: (415) 436-7234
7      E-Mail: Thomas.Stevens@usdoj.gov

8  Attorneys for Plaintiff

9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,        )   No. CR 10-0116 JSW BZ
14                                  )
        Plaintiff,                  )
15                                  )   [PROPOSED] ORDER EXCLUDING
        v.                          )   TIME FROM APRIL 14, 2010 TO MAY 6,
16                                  )   2010
   WAZHMA N. RAHIMI,                )
17                                  )
        Defendant.                  )
18 _____)

19

20
        The defendant, WAZHMA N. RAHIMI, represented by Mark Goldrosen, Esquire, and
21
   the government, represented by Thomas E. Stevens, Assistant United States Attorney, appeared
22
   before the Honorable Bernard Zimmerman on April 14, 2010, for arraignment and plea. Judge
23
   Zimmerman set the next appearance for May 6, 2010, before the Honorable Jeffrey S. White.
24
        Counsel for the government requested that time be excluded under the Speedy Trial Act
25
   between April 14 and May 6 to allow time for the government to produce discovery and for
26
   defense counsel to review same. The defendant's counsel stated that he had no objection to
27
   excluding time.
28

   ORDER EXCLUDING TIME
   Case No. CR 10-0116 JSW BZ

Case No. CR 10-0116 JSW BZ

1 | Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between April 14, 2010, and May 6, 2010, would unreasonably deny the defendant and her counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between April 14, 2010, and May 6, 2010, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between April 14, 2010, and May 6, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: April 15, 2010

Hon. Bernard Zimmerman
United States Magistrate Judge

ORDER EXCLUDING TIME
Case No. CR 10-0116 JSW BZ            -2-