1  Jules F. Bonjour, State Bar No. 38980
   BONJOUR, THORMAN, BARAY & BILLINGSLEY
2  24301 Southland Drive, Suite 312
   Hayward, CA 94545
3  (510) 785-8400
   jules@btbandb.com
4

5  Attorneys for defendant
   Wazhma Nilofar Rahimi
6

7
                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,              No. CR 10-0116 JSW
        Plaintiff,
11
                                          STIPULATION AND [PROPOSED]
12 vs.                                    ORDER

13 WAZHMA NILOFAR RAHIMI,
        Defendant.
14 _____/

15
        It is hereby stipulated between the parties that Wazhma Nilofar Rahimi, defendant in the
16
   above entitled action, be allowed to travel to Tracy, California on Saturday, May 1, 2010 to
17
   return to the Northern District on Sunday, May 2, 2010.
18
        This stipulation is agreed to by Jules Bonjour, who has been retained to represent the
19
   defendant and Thomas Stevens, AUSA in charge of the case.
20
   IT IS SO STIPULATED.
21

22
   Dated: 4/29/10                                    /s/
23                                              Jules F. Bonjour

24

25

26 Dated: 4/30/10                                    /s/
                                                Thomas Stevens, AUSA
27

28

1    GOOD CAUSE appearing and based upon the attached stipulation, IT IS HEREBY
2  ORDERED that the defendant can go to Tracy, California on Saturday, May 1, 2010 to return to
3  the Northern District on Sunday, May 2, 2010.

4  IT IS SO ORDERED.
5

6
7  Dated: 4/30/10
8                                            UNITED STATES MAGISTRATE JUDGE
                                              NANDOR J. VADAS
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28