Jules F. Bonjour, State Bar No. 38980
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Drive, Suite 312
Hayward, CA 94545
(510) 785-8400
jules@btbandb.com

Attorneys for defendant
Wazhma Rahimi

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>              Plaintiff,<br><br>vs.<br><br>WAZHMA NILOFAR RAHIMI,<br>              Defendant.<br>_____/ | No. CR 10-116 JSW<br><br>STIPULATION AND [PROPOSED]<br>ORDER RE: MODIFICATION OF<br>PRETRIAL RELEASE |

It is hereby stipulated between the AUSA, Tom Stevens and Jules F. Bonjour, attorney for Wazhma Rahimi, with the concurrence of Federal PreTrial Services Officer Timothy Elder that Ms. Rahimi's pretrial release conditions can be modified as follows:

1. She will be allowed to travel to the Central District (Los Angeles) between September 12, 2010 and September 22, 2010.

2. She may also travel within the Eastern District for business related matters with permission of Mr. Elder.

IT IS SO STIPULATED.

_____/s/_____
Jules F. Bonjour
Attorney for Wazhma Rahimi

1                                                    /s/
2                              Thomas Stevens
                      Assistant United States Attorney

                                                   /s/
                              Timothy Elder
                           PreTrial Services Officer

GOOD CAUSE appearing and based upon the attached stipulation, IT IS HEREBY ORDERED that the defendant's conditions be modified as follows:

    1.    She will be allowed to travel to the central district (Los Angeles) between September 12, 2010 and September 22, 2010.

    2.    She may also travel within the eastern district for business related matters with permission of Mr. Elder

IT IS SO ORDERED.

Dated: 13 Sept 10

                                      United States Magistrate Judge